

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE

KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON K. PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 22, 2015

Jorge Vela
Druker Law Firm
1618 Chihuahua
Laredo, Texas 78043

John F. Davis
Law Office of John F. Davis
6655 First Park Ten Blvd., Suite 250
San Antonio, Texas 78213

Uriel Druker
Druker Law Firm
1618 Chihuahua
Laredo, Texas 78043

RE:  Court of Appeals Number:  04-14-00016-CV
     Trial Court Case Number:  2010CVT001822D3
     Style:  John F. Davis v. Farias Enterprises LTD.

Dear Counsel,

Please be advised the panel in this case has changed. The original panel was Chief Justice Stone, Justice Angelini, and Justice Martinez. Your updated panel consists of Justice Angelini, Justice Martinez, and Justice Pulliam. Your submission date remains the same.

If you have any questions or require additional information, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Margaret E. Adams
Legal Assistant, Fourth Court of Appeals
210.335.3854